## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

| | | |
|---|---|---|
| CHRISTOPHER PAUL LEMMER, | * | |
| | * | |
| Plaintiff, | * | |
| v. | * | No. 4:19-cv-00941-JJV |
| | * | |
| RAY VANCE, *et al*. | * | |
| | * | |
| Defendants. | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.  It is certified, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the corresponding Order would not be taken in good faith

SO ORDERED this 26th day of May 2020.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE